```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      07 CR. 192-03 (DLC)
                                         :
      -v-                                :          ORDER
                                         :
FRANCISCO JAVIER CASTRO LOMELI,          :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
                                         
DENISE COTE, District Judge:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/07

For the reasons stated on the record on August 29, 2007, it
is hereby

ORDERED that C.J.A. attorney, David Touger, is relieved as
counsel and C.J.A. attorney, Allan Haber, is appointed to
represent the defendant for all purposes.

SO ORDERED

Dated:    New York, New York
          August 29, 2007

                              DENISE COTE
                     United States District Judge